**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE DISTRICT
COURT IN BIAŁYSTOK, 2ND CIVIL
DIVISION IN BIAŁYSTOK, POLAND
IN THE MATTER OF ROBERT
KOZIKOWSKI V. RÓŻA BARBARA
CHOJNACKA

Case No. _____

/

## *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Krysta M. Stanford, Trial Attorney, at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining financial records from the Vanguard Group, Inc. ("Vanguard"). Certain evidence has been requested by the District Court in Białystok, 2nd Civil Division in Białystok, Poland ("Polish Court"), pursuant to a Letter of Request issued by the Polish Court in connection with a civil judicial proceeding captioned *Robert Kozikowski v. Róża Barbara Chojnacka*, Foreign Reference Number II Ns 682/22.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: August 14, 2024

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

BRIAN M. BOYNTON
Acting Associate Attorney General

AUGUST E. FLENTJE
Director, Office of Foreign Litigation
United States Department of Justice, Civil Division

By: /s/ Krysta M. Stanford
KRYSTA M. STANFORD
Trial Attorney
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street NW, Room 8024
Washington, DC 20530
Telephone: 202-353-2148
Email: Krysta.M.Stanford@usdoj.gov