EXHIBIT A

**CERTIFIED TRANSLATION FROM THE POLISH LANGUAGE**
[All comments in square brackets are the translator's]

# WNIOSEK O PRZEPROWADZENIE DOWODU
# LETTER OF REQUEST
# COMMISSION ROGATOIRE

Konwencja sporządzona w Hadze dnia 18 marca 1970 r.
o przeprowadzaniu dowodów za granicą w sprawach cywilnych lub handlowych
Hague Convention of 18 March 1970 on the
Taking of Evidence Abroad in Civil or Commercial Matters
Convention de La Haye du 18 mars 1970 sur
l'obtention des preuves à l'étranger en matière civile ou commerciale

| | | |
|---|---|---|
| 1. | **Nadawca** / Sender / *Expéditeur* | Sąd Rejonowy [EN: District Court] in Białystok, 2nd Civil Division<br>[Address:] ulica: Mickiewicza 103, 15-950 Białystok Poland<br>tel.: +48 85 665 6202<br>e-mail: ii.kierownik@bialystok.sr.gov.pl |
| 2. | **Organ centralny państwa wezwanego** / Central Authority of the Requested State / *Autorité centrale de l'État requis* | United States Department of Justice<br><br>Office of International Judicial Assistance<br><br>Benjamin Franklin Station<br><br>P.O. Box 14360<br><br>Washington, DC 20044<br><br>United States of America |
| 3. | **Osoba, do której wykonany wniosek ma zostać odesłany** / Person to whom the executed request is to be returned / *Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées* | Sąd Rejonowy w Białymstoku II Wydział Cywilny<br><br>[EN: District Court in Białystok, 2nd Civil Division]<br><br>Mickiewicza 103, 15-950 Białystok, Poland |
| 4. | **Sprecyzowanie terminu, do którego organ wzywający oczekuje otrzymania odpowiedzi na wniosek** / Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request / *Indiquer la date limite à laquelle l'autorité requérante désire recevoir la réponse à la commission rogatoire* | |
| | **Termin** / Date / *Date limite* | 5 September 2024 |
| | **Uzasadnienie pilności*** / Reason for urgency* / *Raison de l'urgence** | n/a |

Zgodnie z artykułem 3 Konwencji, niżej podpisany wnioskodawca ma zaszczyt przedłożyć następujący wniosek:
In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request:
En conformité de l'article 3 de la Convention, le requérant soussigné a l'honneur de présenter la demande suivante :

| | | |
|---|---|---|
| 5. a | **Organ wzywający (Art. 3(a))** / Requesting authority (Art. 3(a)) / *Autorité requérante* | District Court in Białystok, 2nd Civil Division<br><br>[Address:] ulica: Mickiewicza 103, 15-950 Białystok |

JUL 17 2024

CIV 189-13-24-31

| | | |
|---|---|---|
| | (art. 3(a)) | Poland<br><br>tel.: +48 85 665 6202<br><br>e-mail: ii.kierownik@bialystok.sr.gov.pl |
| b | **Do Właściwego Organu w (Art. 3(a))**<br>To the Competent Authority of (Art. 3(a))<br>À l'Autorité compétente de (art. 3(a)) | United States of America |
| c | **Nazwa sprawy i sygnatura akt**<br>Names of the case and any identifying number<br>Nom de l'affaire et numéro d'identification de l'affaire | II Ns 682/22 |

| 6. | **Imiona i nazwiska oraz adresy stron i ich pełnomocników (łącznie z pełnomocnikami w państwie wezwanym\*) (Art. 3(b))**<br>Names and addresses of the parties and their representatives (including representatives in the Requested State\*) (Art. 3(b))<br>Identité et adresse des parties et de leurs représentants (y compris représentants dans l'État requis\*) (art. 3(b)) | |
|---|---|---|
| a | **Powód**<br>Plaintiff<br>Demandeur | Robert Kozikowski<br><br>address: ulica Zachodnia 15/24<br><br>15-345 Białystok<br><br>Poland |
| | **Pełnomocnicy**<br>Representatives<br>Représentants | Jakub Radlmacher, attorney-at-law<br><br>Kancelaria Adwokacka [EN: Lawyer's Office]<br><br>address: ulica Lipowa 2<br><br>15-427 Białystok<br><br>Poland |
| b | **Pozwany**<br>Defendant<br>Défendeur | Róża Barbara Chojnacka<br><br>address: Rozwadowska 1A<br><br>37-464 Stalowa Wola<br><br>Poland |
| | **Pełnomocnicy**<br>Representatives<br>Représentants | Tomasz Gargasia, attorney-at-law<br><br>Kancelaria Adwokacka<br><br>address: ulica Staszica 16/40 |

| | | |
|---|---|---|
| | | 37-450 Stalowa Wola |
| | | Poland |
| c | **Inne podmioty biorące udział w postępowaniu**<br>Other parties<br>*Autres parties* | n/a |
| | **Pełnomocnicy**<br>Representatives<br>*Représentants* | n/a |

| | | |
|---|---|---|
| 7. a | **Przedmiot postępowania (rozwód, ojcostwo, niewykonanie umowy, odpowiedzialność za produkt, itp.) (Art. 3(c))**<br>Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c))<br>*Nature et objet de l'instance (divorce, filiation, rupture de contrat, responsabilité du fait des produits, etc.) (art. 3(c))* | Division of marital property |
| b | **Podsumowanie żądania pozwu/wniosku**<br>Summary of complaint<br>*Exposé sommaire de la demande* | Division of joint property between former spouses Robert Kozikowski and Róża Barbara Chojnacka |
| c | **Podsumowanie stanowiska pozwanego i powództwa wzajemnego\***<br>Summary of defence and counterclaim\*<br>*Exposé sommaire de la défense ou demande reconventionnelle\** | In this Court there are ongoing proceedings in the case ref. no. II Ns 682/22 regarding the division of the joint property of spouses Robert Kozikowski and Róża Chojnacka. They both resided in the USA for a considerable period of time, where they worked and earned income. Part of that income was to be invested by the participant in the proceedings, Róża Chojnacka, by placing it in the account of the said VANGUARD fund. The Court therefore requests that it be indicated whether Róża Chojnacka was a participant in that fund (whether she had an account there) and, if so, what amount of funds in that fund was in Róża Chojnacka's account on the date of termination of marital joint property regime, i.e. on the day of 01 January 2020. The Court also asks for a list of operations in Róża Chojnacka's account in the aforementioned fund in the period from 01 January 2018 to 01 January 2020 with the balance (balance of funds) after each operation made in that account; this information is necessary as evidence in the proceedings conducted by this Court regarding the division of the joint property of the spouses; the Court wishes to thank you for providing the information. |
| d | **Inne niezbędne informacje lub dokumenty\***<br>Other necessary information or documents\* | n/a |

| | | |
|---|---|---|
| | *Autres renseignements ou documents Utiles\** | |
| 8. a | Dowód, który ma być przeprowadzony lub inne czynności sądowe, które mają być dokonane (Art. 3(d))<br>Evidence to be obtained or other judicial act to be performed (Art. 3(d))<br>*Actes d'instruction ou autres actes judiciaires à accomplir (art. 3(d))* | The Court requests that it be ascertained whether and what amount of funds was in the account of the participant in the proceedings:<br><br>Róża Barbara Chojnacka<br><br>- daughter of Robert and Maria,<br><br>- DOB: May 8, ▮<br><br>- social security number in the USA: ▮0379,<br><br>- address in the USA: Jersey City, 61 Wayne Street, Apartment 3, 07302 New York,<br><br>- account number in the Bank of America: ▮ 9343,<br><br>- account number in the City Bank: ▮ 6780)<br><br>in the VANGUARD Fund (address: 100 Vanguard Boulevard, Malvern, PA 19355, United States of America) on the day of 01 January 2020. The Court also requests that information is provided on the operations in that account for the period from January 01, 2018 to January 01, 2020, showing the balance (balance of funds) in that account after each operation made in that account. |
| b | Cel wnioskowanego dowodu lub czynności sądowej<br>Purpose of the evidence or judicial act sought<br>*But des actes à accomplir* | The evidence shall be taken to establish the composition of the joint property of the former spouses |
| 9. | Dane i adres każdej osoby, która ma być przesłuchana (Art. 3(e))\*<br>Identity and address of any person to be examined (Art. 3(e))\*<br>*Identité et adresse des personnes à entendre (art. 3(e))\** | n/a |
| 10. | Pytania, które mają być zadane osobom przesłuchiwanym lub opis przedmiotu sprawy, w której mają być one przesłuchane (Art. 3(f))\*<br>Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))\* | n/a |

| | | |
|---|---|---|
| | Questions à poser ou faits sur lesquels les personnes susvisées doivent être entendues (art. 3(f))* | |
| 11. | **Dokumenty lub inne przedmioty, które powinny być zbadane (Art. 3(g))*** <br> Documents or other property to be inspected (Art. 3(g))* <br> Documents ou objets à examiner (art. 3(g))* | n/a |
| 12. | **Wymóg, aby zeznania zostały stwierdzone przysięgą lub przyrzeczeniem wraz z zastosowaniem szczególnej formy tej przysięgi lub przyrzeczenia (Art. 3(h))*** <br> Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))* <br> Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, indication de la formule à utiliser (art. 3(h))* | n/a |
| 13. | **Szczególne metody lub procedura, których należy przestrzegać (np. ustna lub pisemna, dosłowna transkrypcja lub streszczenie, przesłuchanie „krzyżowe" itp.) (Art. 3(i) oraz 9)*** <br> Special methods or procedure to be followed (e.g., oral or in writing, verbatim transcript or summary, cross-examination, etc.) <br> (Arts 3(i) and 9)* <br> Formes spéciales demandées (déposition orale ou écrite, procès-verbal sommaire ou intégral, "cross-examination", etc.) (art. 3(i) et 9)* | n/a |
| 14. | **Prośba o zawiadomienie o czasie i miejscu przeprowadzenia postępowania oraz dane i adres osoby, która ma być zawiadomiona (Art. 7)*** <br> Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)* <br> Demande de notification de la date et du lieu de l'exécution de la requête, de l'identité et de l'adresse de la ou des personnes à informer (art. 7)* | n/a |

| | | |
|---|---|---|
| 15. | Prośba o obecność lub udział sędziów organu wzywającego przy wykonywaniu wniosku (Art. 8)* <br> Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Art. 8)* <br> Demande d'assistance ou de participation des magistrats de l'autorité requérante à l'exécution de la commission rogatoire (art. 8)* | n/a |
| 16. | Sprecyzowanie prawa lub obowiązku odmowy zeznań lub przedstawienia innego dowodu na podstawie prawa państwa wzywającego (Art. 11(b))* <br> Specification of privilege or duty to refuse to give evidence under the law of the Requesting State (Art. 11(b))* <br> Spécification des dispenses ou interdictions de déposer prévues par la loi de l'État requérant (art. 11(b))* | n/a |
| 17. | Opłaty lub koszty, które podlegają zwrotowi na podstawie paragrafu drugiego Artykułu 14 lub na podstawie Artykułu 26 Konwencji zostaną poniesione przez:* <br> The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:* <br> Les taxes et frais donnant lieu à remboursement en vertu de l'article 14, alinéa 2 et de l'article 26 seront réglés par:* | n/a |

| | |
|---|---|
| Data wniosku <br> Date of request <br> Date de la requête | 5 June 2024 |
| Podpis i pieczęć organu wzywającego <br> Signature and seal of the requesting authority <br> Signature et sceau de l'autorité requérante | |

* Pominąć, jeśli nie dotyczy / Omit if not applicable / Ne remplir qu'en cas de nécessité

---

[Round stamp with national emblem of the Republic of Poland, reading:] DISTRICT COURT IN BIAŁYSTOK, *2*
[Stamp reading:] JUDGE Janusz Gosiewski, (-) [Illegible signature]

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

I hereby certify the conformity of the above translation with the copy of the document presented to me in the Polish language. Katarzyna Bondaruk-Augustyńczyk, certified translator of Polish and English, registered in the Ministry of Justice under the number TP/55/17.
Register No. 164/2024
Białystok, 21 June 2024

[signature: Katarzyna Bondaruk-Augustyńczyk]

# WNIOSEK O PRZEPROWADZENIE DOWODU
# LETTER OF REQUEST
# COMMISSION ROGATOIRE

Konwencja sporządzona w Hadze dnia 18 marca 1970 r.
o przeprowadzaniu dowodów za granicą w sprawach cywilnych lub handlowych
Hague Convention of 18 March 1970 on the
Taking of Evidence Abroad in Civil or Commercial Matters
Convention de La Haye du 18 mars 1970 sur
l'obtention des preuves à l'étranger en matière civile ou commerciale

| | | |
|---|---|---|
| 1. | **Nadawca** Sender Expéditeur | Sąd Rejonowy w Białymstoku II Wydział Cywilny ulica: Mickiewicza 103, 15-950 Białystok Polska telefon: +48 85 665 6202 email: ii.kierownik@bialystok.sr.gov.pl |
| 2. | **Organ centralny państwa wezwanego** Central Authority of the Requested State Autorité centrale de l'État requis | Departament Sprawiedliwości Stanów Zjednoczonych Biuro Międzynarodowej Pomocy Prawnej Benjamin Franklin Station P.O. Box 14360 Waszyngton, DC 20044 Stany Zjednoczone Ameryki |
| 3. | **Osoba, do której wykonany wniosek ma zostać odesłany** Person to whom the executed request is to be returned Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées | Sąd Rejonowy w Białymstoku II Wydział Cywilny ulica: Mickiewicza 103, 15-950 Białystok |
| 4. | **Sprecyzowanie terminu, do którego organ wzywający oczekuje otrzymania odpowiedzi na wniosek** Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request Indiquer la date limite à laquelle l'autorité requérante désire recevoir la réponse à la commission rogatoire | |
| | **Termin** Date Date limite | 5 września 2024 roku |
| | **Uzasadnienie pilności*** Reason for urgency* Raison de l'urgence* | n/a |

Zgodnie z artykułem 3 Konwencji, niżej podpisany wnioskodawca ma zaszczyt przedłożyć następujący wniosek:
In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request:
En conformité de l'article 3 de la Convention, le requérant soussigné a l'honneur de présenter la demande suivante :

| | | |
|---|---|---|
| 5. a | **Organ wzywający (Art. 3(a))** Requesting authority (Art. 3(a)) Autorité requérante (art. 3(a)) | Sąd Rejonowy w Białymstoku II Wydział Cywilny ulica: Mickiewicza 103, 15-950 Białystok |

|   |   |   | Polska |
|---|---|---|---|
|   |   |   | telefon: +48 85 665 6202 |
|   |   |   | email: ii.kierownik@bialystok.sr.gov.pl |
|   | b | Do Właściwego Organu w (Art. 3(a))<br>To the Competent Authority of (Art. 3(a))<br>À l'Autorité compétente de (art. 3(a)) | United States of America |
|   | c | Nazwa sprawy i sygnatura akt<br>Names of the case and any identifying number<br>Nom de l'affaire et numéro d'identification de l'affaire | II Ns 682/22 |

| 6. | Imiona i nazwiska oraz adresy stron i ich pełnomocników (łącznie z pełnomocnikami w państwie wezwanym*) (Art. 3(b))<br>Names and addresses of the parties and their representatives (including representatives in the Requested State*) (Art. 3(b))<br>Identité et adresse des parties et de leurs représentants (y compris représentants dans l'État requis*) (art. 3(b)) | | |
|---|---|---|---|
| a | Powód<br>Plaintiff<br>Demandeur | Robert Kozikowski<br><br>adres: ulica Zachodnia 15/24<br><br>15-345 Białystok<br><br>Polska | |
|   | Pełnomocnicy<br>Representatives<br>Représentants | Adwokat Jakub Radlmacher<br><br>Kancelaria Adwokacka<br><br>adres: ulica Lipowa 2<br><br>15-427 Białystok<br><br>Polska | |
| b | Pozwany<br>Defendant<br>Défendeur | Róża Barbara Chojnacka<br><br>adres: Rozwadowska 1A<br><br>37-464 Stalowa Wola<br><br>Polska | |
|   | Pełnomocnicy<br>Representatives<br>Représentants | Adwokat Tomasz Gargasia<br><br>Kancelaria Adwokacka<br><br>adres: ulica Staszica 16/40 | |

| | | | |
|---|---|---|---|
| | | | 37-450 Stalowa Wola |
| | | | Polska |
| | c | Inne podmioty biorące udział w postępowaniu<br>Other parties<br>Autres parties | n/a |
| | | Pełnomocnicy<br>Representatives<br>Représentants | n/a |
| 7. a | | Przedmiot postępowania (rozwód, ojcostwo, niewykonanie umowy, odpowiedzialność za produkt, itp.) (Art. 3(c))<br>Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c))<br>Nature et objet de l'instance (divorce, filiation, rupture de contrat, responsabilité du fait des produits, etc.) (art. 3(c)) | Podział majątku wspólnego |
| | b | Podsumowanie żądania pozwu/wniosku<br>Summary of complaint<br>Exposé sommaire de la demande | Podział majątku wspólnego między byłymi małżonkami Robertem Kozikowskim a Różą Barbarą Chojnacką |
| | c | Podsumowanie stanowiska pozwanego i powództwa wzajemnego*<br>Summary of defence and counterclaim*<br>Exposé sommaire de la défense ou demande reconventionnelle* | W tutejszym Sądzie prowadzone jest postępowanie w sprawie o sygnaturze akt II Ns 682/22 o podział majątku wspólnego małżonków Roberta Kozikowskiego i Róży Chojnackiej. Oboje przez znaczny okres czasu przebywali na ternie USA, gdzie pracowali i uzyskiwali dochody. Część z tych dochodów uczestniczka postępowania Róża Chojnacka miała inwestować, lokując je na rachunku wymienionego funduszu VANGUARD. Sąd zwraca się więc o wskazanie, czy Róża Chojnacka miała być uczestnikiem tego funduszu (posiadała tam rachunek), a jeżeli tak, jaka ilość środków w tym funduszu znajdowała się na rachunku Róży Chojnackiej w dacie ustania wspólności ustawowej małżeńskiej, to jest w dniu 01 stycznia 2020 roku oraz o przedstawienie wykazu operacji na rachunku Róży Chojnackiej we wskazanym funduszu w okresie od dnia 01 stycznia 2018 roku do dnia 01 stycznia 2020 roku z podaniem salda (stanu środków) po każdej operacji dokonanej na tym rachunku; informacje te są niezbędne dowodowo w prowadzonym przez tutejszy Sąd postępowaniu o podział majątku wspólnego małżonków; za przekazanie informacji Sąd składa podziękowanie |
| | d | Inne niezbędne informacje lub dokumenty*<br>Other necessary information or documents* | n/a |

| | | |
|---|---|---|
| | *Autres renseignements ou documents Utiles\** | |
| 8. a | Dowód, który ma być przeprowadzony lub inne czynności sądowe, które mają być dokonane (Art. 3(d))<br>Evidence to be obtained or other judicial act to be performed (Art. 3(d))<br>*Actes d'instruction ou autres actes judiciaires à accomplir (art. 3(d))* | Sąd zwraca się z prośbą o ustalenie, czy i jaka ilość środków znajdowała się na rachunku uczestniczki postępowania:<br><br>Róży Barbary Chojnackiej<br><br>- córka Roberta i Marii,<br><br>- urodzona 8 maja ▓ roku,<br><br>- numer ubezpieczenia społecznego w USA: ▓ 0379,<br><br>- adres w USA: Jersey City, 61 Wayne Street, Apartment 3, 07302 New York,<br><br>- numer konta w Bank of America: ▓ 9343,<br><br>- numer konta w City Bank: ▓ 6780)<br><br>w funduszu VANGUARD (adres: 100 Vanguard Boulevard, Malvern, PA 19355, United States of America) w dacie 01 stycznia 2020 roku oraz przekazanie informacji o operacjach na tym rachunku za okres od dnia 01 stycznia 2018 roku do dnia 01 stycznia 2020 roku z wykazaniem stanu salda (stanu środków) na tym rachunku po każdej dokonanej na tym rachunku operacji |
| b | Cel wnioskowanego dowodu lub czynności sądowej<br>Purpose of the evidence or judicial act sought<br>*But des actes à accomplir* | Dowód jest przeprowadzony celem ustalenia składu majątku wspólnego byłych małżonków |
| 9. | Dane i adres każdej osoby, która ma być przesłuchana (Art. 3(e))\*<br>Identity and address of any person to be examined (Art. 3(e))\*<br>*Identité et adresse des personnes à entendre (art. 3(e))\** | n/a |
| 10. | Pytania, które mają być zadane osobom przesłuchiwanym lub opis przedmiotu sprawy, w której mają być one przesłuchane (Art. 3(f))\*<br>Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))\* | n/a |

| | | |
|---|---|---|
| | *Questions à poser ou faits sur lesquels les personnes susvisées doivent être entendues (art. 3(f))\** | |
| 11. | **Dokumenty lub inne przedmioty, które powinny być zbadane (Art. 3(g))\***<br>Documents or other property to be inspected (Art. 3(g))\*<br>*Documents ou objets à examiner (art. 3(g))\** | n/a |
| 12. | **Wymóg, aby zeznania zostały stwierdzone przysięgą lub przyrzeczeniem wraz z zastosowaniem szczególnej formy tej przysięgi lub przyrzeczenia (Art. 3(h))\***<br>Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))\*<br>*Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, indication de la formule à utiliser (art. 3(h))\** | n/a |
| 13. | **Szczególne metody lub procedura, których należy przestrzegać (np. ustna lub pisemna, dosłowna transkrypcja lub streszczenie, przesłuchanie „krzyżowe" itp.) (Art. 3(i) oraz 9)\***<br>Special methods or procedure to be followed (e.g., oral or in writing, verbatim transcript or summary, cross-examination, etc.) (Arts 3(i) and 9)\*<br>*Formes spéciales demandées (déposition orale ou écrite, procès-verbal sommaire ou intégral, "cross-examination", etc.) (art. 3(i) et 9)\** | n/a |
| 14. | **Prośba o zawiadomienie o czasie i miejscu przeprowadzenia postępowania oraz dane i adres osoby, która ma być zawiadomiona (Art. 7)\***<br>Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)\*<br>*Demande de notification de la date et du lieu de l'exécution de la requête, de l'identité et de l'adresse de la ou des personnes à informer (art. 7)\** | n/a |

| | | |
|---|---|---|
| 15. | Prośba o obecność lub udział sędziów organu wzywającego przy wykonywaniu wniosku (Art. 8)*<br>Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Art. 8)*<br>Demande d'assistance ou de participation des magistrats de l'autorité requérante à l'exécution de la commission rogatoire (art. 8)* | n/a |
| 16. | Sprecyzowanie prawa lub obowiązku odmowy zeznań lub przedstawienia innego dowodu na podstawie prawa państwa wzywającego (Art. 11(b))*<br>Specification of privilege or duty to refuse to give evidence under the law of the Requesting State (Art. 11(b))*<br>Spécification des dispenses ou interdictions de déposer prévues par la loi de l'État requérant (art. 11(b))* | n/a |
| 17. | Opłaty lub koszty, które podlegają zwrotowi na podstawie paragrafu drugiego Artykułu 14 lub na podstawie Artykułu 26 Konwencji zostaną poniesione przez:*<br>The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:*<br>Les taxes et frais donnant lieu à remboursement en vertu de l'article 14, alinéa 2 et de l'article 26 seront réglés par:* | n/a |

| | |
|---|---|
| Data wniosku<br>Date of request<br>Date de la requête | 5 czerwca 2024 roku |
| Podpis i pieczęć organu wzywającego<br>Signature and seal of the requesting authority<br>Signature et sceau de l'autorité requérante | [signature and seal: SĄD REJONOWY W BIAŁYMSTOKU; SĘDZIA Janusz Gosiewski] |

* Pominąć, jeśli nie dotyczy / Omit if not applicable / Ne remplir qu'en cas de nécessité